# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| VIRGIL F. LIPTAK d/b/a DESIGNED ) | Case No. 03 B 29854 |
| FINANCIAL SERVICES, ) | |
| ) | Judge Jacqueline A. Cox |
| Debtor and Debtor in Possession. ) | |
| ) | Hearing: November 18, 2003 at 9:30 a.m. |

## NOTICE OF MOTION

To:   See attached service list.

PLEASE TAKE NOTICE that on November 18, 2003 at 9:30am, I will appear before the Honorable Jacqueline A. Cox, or any other Judge sitting in her stead, in courtroom 619 of the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, IL, and then and there present Motion of Forrest L. Ingram, P.C. to Withdraw as Counsel for Debtor, a copy of which is enclosed and herewith served upon you. AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

_____
One of his attorneys

Forrest L. Ingram #3129032
Julie A. Boynton
Martin B. Tucker
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 1210
Chicago, IL 60603
(312) 759-2838

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 1 2 2003

**KENNETH S. GARDNER, CLERK**
**PS REP. - KB**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing Notice and the document to which it refers on all parties entitled to service at the address listed above, by facsimile, on or before 5:00 p.m. on the 12th day of November 2003.

_____

## SERVICE LIST

Kathryn Gleason
Office of U.S. Trustee
227 W. Monroe, Suite 3300
Chicago, IL 60602
Fax: (312) 886-5794

Michael L. Atchley
Daniel Sheehan & Associates, LLP
3060 Chase Tower
2200 Ross Avenue
Dallas, TX 75201
Fax: (214) 468-8803

Thomas Michel
Bourland, Kirkman, Seidler
Evans, Jay & Michel, LLP
201 Main Street, Suite 1400
Fort Worth, Texas 76102
Fax: (817) 877-1863

Virgil F. Liptak
5208 Caladium Dr.
Dallas, TX 75229
Fax: (214) 691-3326

```
*************** -COMM. JOURNAL- ***************** DATE NOV-11-2003 ***** TIME 18:19 ********

              MODE = MEMORY TRANSMISSION         START=NOV-11 18:06      END=NOV-11 18:19

                  FILE NO.=407

         STN    COMM.   ONE-TOUCH/  STATION NAME/TEL NO.
         NO.            ABBR NO.                                          PAGES      DURATION

         001    634       e         8865794
         002    OK        e         12144688803                          000/016     00:00:00
         003    OK        e         18178771863                          016/016     00:03:40
         004    634       e         12146013326                          016/016     00:01:51
                                                                         000/016     00:00:00


                                                         -FORREST L INGRAM PC

    ********************************* -312 759 0298   - ***** -                  - *********
```

# FORREST L. INGRAM, P.C.

79 W. MONROE ST., SUITE 1210
CHICAGO, IL 60603
(312) 759-2838
(312) 759-0298 fax

*Forrest L. Ingram*
*Julie A. Boynton*
*Martin B. Tucker*

## FAX COVER SHEET

**From:** Forrest L. Ingram          **Date:** November 11, 2003

**To:**

Kathryn Gleason, Trustee
Cameron Gulden, Trustee
OFFICE OF THE UNITED STATES TRUSTEE          Fax: (312) 886-5794
227 W. Monroe, Suite 3300
Chicago, IL 60602

Elizabeth Thornhill
c/o Michael Atchley
DANIEL SHEEHAN & ASSOCIATES                  Fax: (214) 468-8803
3060 Chase Tower
2200 Ross Avenue
Dallas, TX 75201

Bourland, Kirkman, Seidler, Evans, Jay & Michel, LLP
Attn: Thomas Michel                          Fax:(817) 877-1863

Virgil F. Liptak
5208 Caladium Dr.                            Fax: (214) 691-3326
Dallas, TX 75229

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 1 2 2003

KENNETH S. GARDNER, CLERK
PS REP. - KB

**Pages:** 17

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Comments:** [Click here and type any comments]

### For presentation on November 18, 2003.

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via regular U.S. Mail. Thank you.

```
*************  -COMM. JOURNAL- ****************** DATE NOV-12-2003 ***** TIME 08:57 ********

          MODE = MEMORY TRANSMISSION        START=NOV-12 08:56    END=NOV-12 08:57

          FILE NO.=473

    STN   COMM.   ONE-TOUCH/    STATION NAME/TEL NO.              PAGES     DURATION
    NO.           ABBR NO.

    001   OK      a             8865794                           016/016   00:01:46
    002   634     a             12146913326                       000/016   00:00:00


                                                      -FORREST L INGRAM PC       -

***********************************  -312 759 0298    - *****  -          - *********
```

# FORREST L. INGRAM, P.C.

79 W. MONROE ST., SUITE 1210
CHICAGO, IL 60603
(312) 759-2838
(312) 759-0298 fax

*Forrest L. Ingram*
*Julie A. Boynton*
*Martin B. Tucker*

## *FAX COVER SHEET*

**From:** Forrest L. Ingram     **Date:** November 11, 2003

**To:**

Kathryn Gleason, Trustee
Cameron Gulden, Trustee
OFFICE OF THE UNITED STATES TRUSTEE          Fax: (312) 886-5794
227 W. Monroe, Suite 3300
Chicago, IL 60602

Elizabeth Thornhill
c/o Michael Atchley
DANIEL SHEEHAN & ASSOCIATES                  Fax: (214) 468-8803
3060 Chase Tower
2200 Ross Avenue
Dallas, TX 75201

Bourland, Kirkman, Seidler, Evans, Jay & Michel, LLP
Attn: Thomas Michel                          Fax:(817) 877-1863

Virgil F. Liptak                             Fax: (214) 691-3326
5208 Caladium Dr.
Dallas, TX 75229

**Pages:** ___16_____

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

•**Comments:** [Click here and type any comments]

**For presentation on November 18, 2003.**

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via regular U.S. Mail. Thank you.

C:\Users\Forrest\LAW\Bankruptcy\Chapter 11\Liptak\Letters\BROADCAST FAX COVER.doc

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIRGIL F. LIPTAK d/b/a DESIGNED FINANCIAL SERVICES, | ) ) | Case No. 03 B 29854 |
| | ) | Judge Jacqueline A. Cox |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hearing: Nov. 18, 2003 at 9:30 AM.. |

### CERTIFICATE OF SERVICE

I, Crystal Brown, being first duly sworn upon oath, certify that I served a true and correct copy of the motion of Debtor's attorneys to withdraw as counsel on Debtor Virgil Liptak on November 12, 2003 by overnight mail addressed to:

I further attest that I attempted to serve him several times on November 12, 2003, by fax transmission but the fax transmission sheet indicated that his fax machine was not receiving the transmission.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Crystal Brown

Forrest L. Ingram #3129032
Julie A. Boynton
Martin B. Tucker
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 1210
Chicago, IL  60603
(312) 759-2838

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| VIRGIL F. LIPTAK d/b/a DESIGNED ) | Case No. 03 B 29854 |
| FINANCIAL SERVICES, ) | |
| ) | Judge Jacqueline A. Cox |
| ) | |
| Debtor and Debtor in Possession. ) | Hearing: November 18, 2003 at 9:30 a.m. |
| ) | |

*FILED NOV 1 2 2003 KENNETH S. GARDNER, CLERK UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS PS REP. - KB*

### MOTION OF DEBTOR'S ATTORNEYS TO WITHDRAW AS COUNSEL

NOW COME Debtor's attorneys, FORREST L. INGRAM, JULIE A. BOYNTON, and MARTIN B. TUCKER of FORREST L. INGRAM, P.C., and move this Court for leave to withdraw from representing the Debtor and Debtor in Possession VIRGIL F. LIPTAK ("Liptak"), in this chapter 11 case. In support of the motion, Debtor's attorneys state as follows:

1. On July 16, 2003, Liptak filed his *pro se* voluntary petition for relief under chapter 11 of the U.S. Bankruptcy Code.

2. On September 23, 2003, this Court approved the employment of the attorneys of FORREST L. INGRAM, P.C. to represent the Debtor and Debtor in Possession in Case No. 03 B 29854, *In re Virgil F. Liptak*.

3. Before the Court entered the order allowing the employment of counsel, Elizabeth Thornhill filed a motion to dismiss the chapter 11 case.

4. On September 23, 2003, the Court set a briefing schedule and a hearing date on the motion. The hearing is set for November 19, 2003 at 2:00 P.M.

5. Debtor's attorneys timely filed Debtor's response to the motion to dismiss.

6.  However, in the process of preparing that document and other memoranda of law for parallel hearings on November 19, 2003, it has become clear that the attorney-client relationship between Debtor and his court-appointed counsel has broken down. Differences between Debtor and of Debtor's counsel with respect to drafting strategies, styles, and legal reasoning have so increased that those differences have become irreconcilable.

7.  Debtor's counsel does not believe that it can properly represent Debtor in this case because of the stark differences between Debtor and Debtor's counsel in drafting and litigation strategies and the requirements of legal argumentation.

**WHEREFORE**, the attorneys for Debtor and Debtor in Possession, namely FORREST L. INGRAM, JULIE A. BOYNTON, and MARTIN B. TUCKER of FORREST L. INGRAM, P.C. pray this Court to grant them leave to withdraw as counsel for the Debtor in this chapter 11 case, and further request all pending matters be continued for thirty (30) days in order that Debtor VIRGIL F. LIPTAK be able to find suitable substitute counsel to assist him or to announce to the Court his intention of going forward *pro se*. Debtor's counsel asks for such other and further relief as may be just.

Respectfully submitted,

FORREST L. INGRAM, P.C.

By: _____
    Forrest L. Ingram

Forrest L. Ingram #3129032
Julie A. Boynton
Martin B. Tucker
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 1210
Chicago, IL  60603
(312) 759-2838