IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Virgil Liptak d/b/a Designed Financial Services, | ) ) | 03 B 29854 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) ) ) | |

Before the Court is Chapter 11 debtor-in-possession Virgil Liptak's attorney's "Motion for Hearing Instanter on First Application for Interim Compensation for Professional Services and Reimbursement of Expenses of Forrest L. Ingram, P.C."

## ORDER

1. In spite of the dismissal of this Chapter 11 case on January 6, 2004, the Court may retain subject-matter jurisdiction over any proceedings within the case that are not mooted by the dismissal. *See In re Statistical Tabulating Corp.*, 60 F.3d 1286, 1290 (7th Cir. 1995); *cf. Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 110 S. Ct. 2447, 2455-57 (1990) (court may retain jurisdiction to determine collateral issues, such as propriety of Rule 11 sanctions, after voluntary dismissal of lawsuit). The Court hereby retains such jurisdiction only to adjudicate the unresolved remaining controversy over the debtor-in-possession's attorney's right to compensation under 11 U.S.C. §§ 327(a), 330(a), and 503(b) from what was the bankruptcy estate in this case. *See, e.g., In re Fox*, 140 B.R. 761, 762 (Bankr. D.S.D. 1992); *cf. In re Fricker*, 131 B.R. 932, 941 (Bankr. E.D. Pa. 1991).

2. The debtor's objection to the timeliness and sufficiency of the notice for this motion under Bankruptcy Rule 2002(a), (c) is overruled, the Amended Notice of Motion and Certificate

of Service having complied with such rule.

3.   The hearing to consider the debtor's objection to the Court allowing the amount of compensation requested by Mr. Ingram in his fee application and to allow the debtor to present expert testimony regarding the same is scheduled for January 22, 2004, at 2:00 pm.

Date:   January 7, 2004                    ENTERED:

                                           J.Cox  *Jacqueline P. Cox*
                                           _____
                                           Jacqueline P. Cox
                                           United States Bankruptcy Judge