IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THOMAS MECHANICAL CORPORATION. | ) | Case No. 08 B 19687 |
| | ) | |
| Debtor and Debtor in Possession. | ) | |
| | ) | |
| | ) | Judge Carol A. Doyle |

### ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT

This matter came to be heard on **Adequacy of 4/17/2009 First Amended Small Business Disclosure Statement**. Due notice having been given, the Court being fully advised in these premises, and the parties being in agreement:

**IT IS HEREBY ORDERED:**

4/17/2009 First Amended Small Business Disclosure Statement is hereby approved as adequate pursuant to the amendments set forth in the notice attached hereto.

Dated: 5/21/09

BY THE COURT

_____
The Honorable Carol A. Doyle
U.S. Bankruptcy Judge

This document was prepared by Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
Helena Milman
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 1210
Chicago, IL 60603-4907

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THOMAS MECHANICAL CORPORATION | ) | Judge Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 08-19687 |

NOTICE OF AMENDMENTS TO 4/17/2009 FIRST AMENDED SMALL BUSINESS
DISCLOSURE STATEMENT

Bankruptcy Court has approved the 4/17/2009 First Amended Small Business Disclosure Statement for this Debtor with the following changes:

1. **Disclosure Statement, Section C(2), p.6 is hereby amended from:**

| Class # | Description | Impairment | Treatment |
|---|---|---|---|
| Class 2 | The claim of Plumbers Pension Fund, Plumbers Welfare Fund Trust Fund for Apprentice, Chicago Journeymen Plumbing Council, to the extent it is allowed, under Debtor's obligations as set forth in the Installment Note and Audit Liability only, the total amount of $212,434.61 | Impaired | [Monthly] payment = $4425.72<br><br>Pmts Begin = 1st Month<br><br>Pmts End= 48th Month |

**to:**

| Class # | Description | Impairment | Treatment |
|---|---|---|---|
| Class 2 | The claim of Plumbers Pension Fund, Plumbers Welfare Fund Trust Fund for Apprentice, Chicago Journeymen Plumbing Council, including cure amounts pursuant to 11 USC 365, as set forth in Claim #12 as amended on 1/28/09 | Impaired | [Monthly] payment = to be determined by the Court or by agreement among the parties.<br><br>Pmts Begin = 1st Month<br><br>Pmts End= 48th Month |

2. **Exhibit B to the Disclosure Statement is amended as following:**

Total Cash Profit, as listed on page 2 is hereby changed **from $104,574.21 to $10,431. 42.**

Total Professional Fees Approved by the Court since the Filing of the Case on page 3 is hereby changed **from $155,845.50 to $15,572.00**

3. **Exhibit C to the Disclosure Statement is amended as following**

Balance in All Accounts under the heading FMV is hereby changed **from $828,783.00 to $82,873.00.**