## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THOMAS MECHANICAL CORPORATION | ) | Judge Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 08-19687 |
| | ) | |
| | ) | |

## ~~XXXXXXXX~~ ORDER AND NOTICE OF HEARING ON SMALL BUSINESS PLAN CONFIRMATION

1. Debtor's counsel shall serve this notice of hearing, copies of the Small Business Plan ("Plan") and Small Business Disclosure Statement ("Disclosure Statement") on all creditors and parties in interest, and the ballot for accepting or rejecting the Plan upon all creditors impaired under the Plan on or before ___9/4___, 2009.

2. The Plan confirmation hearing is set for ___10/6___ at _10:30_ a.m., in Courtroom 742.

3. _10/2_, 2009 is fixed as the last day to file written objections to the Plan

4. _10/2_, 2009 is also fixed as the last day for those creditors entitled to vote upon the Plan to file, by written ballot, written acceptances or rejections of the Plan with the Clerk of the United States Bankruptcy Court.

5. _10/5_, 2009 is fixed as the date for the Debtor to file ballot report with the Clerk of the United States Bankruptcy Court. _by 12:00 p.m._

Dated: _9/3/09_     ENTER: _Carol A. Doyle_
     The Honorable Carol A. Doyle
     United States Bankruptcy Judge

Drafted by: Forrest L. Ingram, P.C.