**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THOMAS MECHANICAL CORPORATION | ) | Judge Carol A. Doyle |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 08-19687 |
| | ) | Hearing: 9/29/09 at 10:30 a.m. |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on September 17, 2009 at 10:30 a.m., I filed with the Clerk of the Bankruptcy Court, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, by ECF **Debtor's Supplemental Brief Opposing McClier Corporation's Motion to Estimate Claim #6 [for Purposes of Voting on Debtor's Plan]**, a copy of which is enclosed and is herewith served upon you.

/s/ Forrest L. Ingram

Forrest L. Ingram
Helena Milman
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838
ARDC #3129032

**PROOF OF SERVICE**

I, Philip Groben, a non-attorney, certify that copies of this Notice and Supplemental Brief were sent to the parties as indicated on the attached amended service list, via electronic transmission or by U.S. Mail, postage prepaid, by depositing a copy of same in the U.S. Mail Box at 79 W. Monroe, Chicago, Illinois 60603, on the 17th day of September, 2009.

/s/ Philip Groben

## AMENDED SERVICE LIST

**By ECF Notice:**
*Trustee*
William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn, 8th Floor
Chicago, IL 60602


**VIA FACSIMILE**
The McClier Corporation
c/o Querrey & Harrow, Ltd.
175 W. Jackson Boulevard, Suite 1600
Chicago, IL 60604


**By ECF Notice and U.S. Mail**
Crowley & Lamb, P.C.
Francis J. Pendergast III
350 N. LaSalle Street
Chicago, IL 60610

**By U.S. Mail**
McClier Corporation
303 E. Wacker Dr., Ste 900
Chicago, IL 60601

*Debtor*
Thomas Mechanical Corporation
7115 North Avenue, Suite 524
Oak Park, IL 60302
leonathomas@sbcglobal.net