# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THOMAS MECHANICAL CORPORATION | ) | Judge Carol A. Doyle |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 08-19687 |
| | ) | |

## ORDER GRANTING LEAVE TO DEBTOR EXTEND TIME FOR BALLOTING AND CONFIRMATION UNDER § 1121(e)

THIS MATTER CAME TO BE HEARD on the motion of the Debtor and Debtor in Possession under § 1121(e) to extend time for balloting and for confirming a plan. The Court has jurisdiction over the subject matter, and the matter is a core proceeding. Due notice having been given and the Court being fully advised in the premises,

IT IS ORDERED that balloting must be completed by October 27, 2009. If is further ordered that Debtor is given until November 3, 2009 to confirm its Amended Small Business Plan.

Dated:                                           BY THE COURT

                                                                        _____
                                                                        The Honorable Carol A. Doyle
                                                                        United States Bankruptcy Judge

This order was prepared by
FORREST L. INGRAM, P.C.

1