IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THOMAS MECHANICAL CORPORATION | ) | Judge Carol A. Doyle |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 08-19687 |

## CONFIRMATION ORDER

THIS CAUSE coming on to be heard at the hearing on confirmation of the Debtor's First Amended Plan of Reorganization dated July 4, 2009 (the "Plan"), copies of the Plan and Disclosure Statement having been transmitted to creditors and parties in interest; and the Court having determined after notice and a hearing that the Plan satisfies the requirements for confirmation set forth in 11 U.S.C. § 1129,

I.  **ARTICLE II, Section 2.02** entitled **"Classification of Claims and Interests"** is hereby amended to reflect the creditor's name as following:

"Plumbers' Pension Fund, Local 130, U.A.; Plumbers' Welfare Fund, Local 130, U.A.; The Trust Fund for Apprentice and Journeyman Education and Training, Local Union 130, U.A.; Chicago Journeymen Plumbers Local Union 130, U.A., Group Legal Services Plan Fund; The Plumbing Council of Chicagoland; and Chicago Journeymen Plumbers Local Union 130, U.A."

II. **ARTICLE IV, Section 4.01** entitled **"Treatment of Claims and Interests under the Amended Plan,"** Class-2 is hereby amended as following:

"Priority Claim of Plumbers' Pension Fund, Local 130, U.A.; Plumbers' Welfare Fund, Local 130, U.A.; The Trust Fund for Apprentice and Journeyman Education and Training, Local Union 130, U.A.; Chicago Journeymen Plumbers Local Union 130, U.A., Group Legal Services Plan Fund; The Plumbing Council of Chicagoland; and Chicago Journeymen Plumbers Local Union 130."

"Treatment of the Class 2 claim- $239,296.33 of the claim is to be paid in years 1 through 4 of the Amended Plan, by 47 monthly payments of $4,985.34, followed by 1 month of $4,985.35. The remaining amount of the claim, $123,793.97, is to be paid at 25% in year 5 of the Amended Plan, by 12 monthly payments of $2,579.04."

III. **ARTICLE VIII, Section 8.03 entitled "Forebearance" is hereby amended to include the following paragraph:**

"Plumbers' Welfare Fund, Local 130, U.A. ("Fund") currently holds a judgment against Leona Thomas, Case #09 L 50088, as a personal guarantor of a certain note, which constitutes part of a Class 2 Priority Claim listed in Article IV of this Plan. Fund has agreed to suspend enforcement of the judgment against Leona Thomas in 09 L 50088 if and only if Plan payments are timely made, with the further proviso that Fund may take whatever actions are needed to keep the judgment liens against the property of Leona Thomas in effect, including an agreement by Debtor to pay to Fund 1/2 of the rent due under Debtor's lease with Leona & Leodus Thomas if Debtor becomes late in Plan payments and an agreement that Debtor will pay Fund the maximum garnishable amount of wages of Leona Thomas if Plan payments are not timely made. Debtor

1

will also be granted a 20 day cure period of any defaults pursuant to these obligations, to be made within 20 days of notice thereof."

IV. **ARTICLE VII, entitled "Means for Implementation of the Amended Plan" is hereby amended to include the following section:**

Section 7.03(a). Creation of Post-Confirmation Escrow Reserve for the Purposes of repayment to the general unsecured creditors ("Reserve Escrow")

Upon confirmation of the plan, Debtor will create a post-confirmation escrow reserve for the purposes of repayment to the general unsecured creditors ("Reserve Escrow") to be held in Forrest L. Ingram P.C. escrow account. This Reserve Escrow is to be funded, quarterly during the term of the plan starting in year 1, as follows:

(a) If the Debtor is generating yearly gross profit between $200,000.00 and $250,000.00[1], Debtor shall contribute $3,000.00 quarterly into the Reserve Escrow.

(b) If the Debtor is generating yearly gross profit between $150,000.00 and $200,000.00, Debtor shall contribute $2,000.00 quarterly into the reserve escrow.

(c) If the Debtor is generating yearly gross profit less than $150,000.00, Debtor shall contribute $1,000.00 quarterly into the Reserve Escrow.

(d) The Reserve remains property of the Debtor until distribution. Debtor has the right to apply Reserve Escrow funds towards repayment of Class I and Class II claims in case of Debtor's inability to earn the funds necessary for repayment of Class I and Class II claims in years 1-4.

V. A post-confirmation status conference on the Plan is set for **November 17, 2009 at 10:30 a.m.**

Dated: Oct. 14, 2009

BY THE COURT:

The Honorable Carol A. Doyle
United States Bankruptcy Judge

This order was prepared
by Forrest L. Ingram, P.C.

---

[1] These calculations are based on Debtor's business income Pro-Forma Five Year Projections on its First Amended Disclosure Statement, which is attached and incorporated herein as Exhibit #1.

2

|  | **Five Year Projection** |  |  |  |  | **EXHIBIT** | **D** |
|---|---|---|---|---|---|---|---|
|  | 2009 | 2009 months 6-12 | 2010 | 2011 | 2012 | 2013 | 2014 |
|  | Year 1 |  | Year 2 | Year 3 | Year 4 | Year 5 | months 1-6 |
| Business Income | 2985000 | 1492500 | 3164100 | 3353946 | 3555183 | 3768494 | 1884247 |
| Outside Services | 50000 | 25000 | 51500 | 53045 | 54636 | 56275 | 28138 |
| Other job costs | 1530 | 765 | 1576 | 1623 | 1672 | 1722 | 861 |
| Plumber Costs | 1204000 | 602000 | 1264200 | 1327410 | 1393781 | 1463470 | 731735 |
| Payroll Taxes | 119630 | 59815 | 125612 | 131892 | 138487 | 145411 | 72706 |
| Union Costs | 466854 | 233427 | 532214 | 606723 | 691665 | 788498 | 394249 |
| Plumbing Materials | 450000 | 225000 | 455000 | 477750 | 501638 | 526719 | 263360 |
| Permits | 3500 | 1750 | 3850 | 4235 | 4659 | 5124 | 2562 |
| Worker's Compensation | 84576 | 422880 | 84576 | 84576 | 60000 | 60000 | 30000 |
| Payroll Expense | 1080 | 540 | 1112 | 1146 | 1180 | 1216 | 608 |
| Accounting Services | 2000 | 1000 | 2100 | 2205 | 2315 | 2431 | 1216 |
| Professional Seminars | 300 | 150 | 300 | 300 | 300 | 300 | 150 |
| Plans & Specifications | 1000 | 500 | 1000 | 1000 | 1000 | 1000 | 500 |
| Association Fees | 1000 | 500 | 1000 | 1000 | 1000 | 1000 | 500 |
| US Trustee Fees | 19500 | 9750 | 19500 | 19500 | 19500 | 19500 | 9750 |
| Legal Fees | 10000 | 5000 | 10000 | 10000 | 10000 | 10000 | 5000 |
| Donations | 1600 | 800 | 1600 | 1600 | 1600 | 1600 | 800 |
| Entertainment | 800 | 400 | 800 | 800 | 800 | 800 | 400 |
| Business Insurance | 20000 | 10000 | 21000 | 22050 | 23153 | 24310 | 12155 |
| Office Usage Expense | 38000 | 19000 | 38000 | 38000 | 38000 | 38000 | 19000 |
| Office Payroll | 260000 | 130000 | 267800 | 275834 | 284109 | 292632 | 146316 |
| Bobcat Lease | 5911 | 2956 | 0 | 0 | 0 | 0 | 0 |
| Automobile Expense | 15000 | 7500 | 27000 | 27000 | 27000 | 27000 | 13500 |
| Business Taxes | 400 | 0 | 400 | 400 | 400 | 400 | 200 |
| Office Expense | 26234 | 13117 | 27021 | 27832 | 28667 | 29527 | 14763 |
| Telephone Expense | 12861 | 6431 | 10000 | 10000 | 10000 | 10000 | 5000 |
| Total Expenses | 2795776 | 1397688 | 2947160 | 3125921 | 3295560 | 3506935 | 1753468 |
| Available to pay claims | 189224 | 94612 | 216940 | 228025 | 259623 | 261559 | 130779 |
| 75% of amount available to pay claims for the year | 141918 | 70959 | 162705 | 171019 | 194717 | 196169 | 98084 |
| Monthly amount if all revenues is received timely | 15769 | 7884 | 18078 | 19002 | 21635 | 21797 | 10898 |
| Feasible amount to pay monthly | 11827 | 5913 | 13559 | 14252 | 16226 | 16347 | 8174 |

Debtor plans to make payments of at least $10,000 per month starting with the first six months of the plan. Debtor will make up the difference between its projected revenue and projected payments through its collection efforts of accounts receivable. Debtor anticipates larger one time expenses in the first half of the year, which the Debtor is paying currently. These expenses are: the deposit for the workers compensation insurance $20,011 and the unemployment payment which is $11,049.11. Debtor will have more state unemployment to pay, but it should be spread out as Debtor adds more people

<u>EXHIBIT 1</u>