## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THOMAS MECHANICAL CORPORATION. | ) | Case No. 08 B 19687 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Carol A. Doyle |
| | ) | Hearing: 11/17/2009 at 10:30 a.m. |

### FINAL DECREE

Whereas, the Debtor, THOMAS MECHANICAL CORPORATION, filed a voluntary petition under Title 11, Chapter 11, in the United States Bankruptcy Court for the Northern District of Illinois on July 30, 2008;

Whereas, a Plan of Reorganization (the "Plan") was confirmed by an Order of this Court on October 14, 2009;

Whereas, the Debtor has commenced distribution under the Plan;

Whereas, no adversary proceedings are pending in this case;

Whereas, the Debtor has remained in control of its property and continued to operate its business pursuant to the Plan;

Whereas, the Debtor is current in the payment of all fees to the United States Trustee;

Whereas, the Plan has therefore been substantially consummated;

Whereas, Federal Rule of Bankruptcy Procedure 3022 provides for the entry of a final decree;

IT IS ORDERED:

1) The Debtor is discharged of all debts provided for in the Plan.

2) A Final Decree is hereby entered and the case is closed.

Dated: 17 NOV 2009

BY THE COURT

_____
The Honorable Carol A. Doyle
Bankruptcy Judge

This order was prepared by FORREST L. INGRAM, P.C.