## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THOMAS MECHANICAL CORPORATION. | ) | Case No. 08 B 19687 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Carol A. Doyle |
| | ) | |
| | ) | Hearing: November 17, 2009 at 10:30 a.m. |

### ORDER GRANTING FINAL APPLICATION OF FORREST L. INGRAM, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND COSTS

THIS MATTER came to be heard on the Final Application for Compensation for Professional Services and for Reimbursement of Expenses of FORREST L. INGRAM, P.C. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. Sec. 1334. This is a core proceeding pursuant to 28 U.S.C. sec. 157(b)(2)(A). The Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. FORREST L. INGRAM, P.C. is awarded **$11,104.50** for the professional compensation requested for the time period from September 1, 2009 through October 14, 2009.

2. FORREST L. INGRAM, P.C. is awarded **$23.39** for reimbursement of expenses for the time period beginning September 1, 2009 through October 14, 2009.

3. In addition to the fees previously awarded to Debtor's counsel by this Court, Debtor Thomas Mechanical Corporation is authorized and directed to pay to FORREST L. INGRAM, P.C. a total aggregate amount of $11,127.89 pursuant to this Final Application for fees and costs.

Dated: **17 NOV 2009**

BY THE COURT:

_____
The Honorable: Carol A. Doyle
United States Bankruptcy Judge

This order was prepared
By Forrest L. Ingram, P.C.

7